JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GOOD NITE INN REDLANDS, INC., a California corporation; D.T.M. LAND COMPANY, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-01574-PA-SHK<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | After consideration of the Joint Stipulation for Dismissal of the entire action |
| 2 | with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Good Nite Inn |
| 3 | Redlands, Inc. ("Defendant"), the Court hereby enters a dismissal with prejudice of |
| 4 | Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall |
| 5 | bear his or its own costs and attorneys' fees. |
| 6 | IT IS SO ORDERED. |

DATED: November 14, 2019

_____
UNITED STATES DISTRICT COURT JUDGE